## GENERAL COURT, MAY TERM, 1801.

### DARNALL *vs.* HARRISON.

THIS cause was standing under notice of trial, issue being joined, and a rule laid, at the present term, on the defendant to employ new counsel, his ed on him, the court will enter judgment against him if he does not appear in person, or by attorney, though the rule be laid at the same term.

*If a cause be under notice of trial, and the defendant under a rule to employ new counsel, and a copy of such rule be served.*

former counsel having declined the practice of the law, &c. An affidavit of the service of a copy of the rule on the defendant was filed.

*Cooke,* for the plaintiff, moved the court for trial or judgment at the present term, the defendant not appearing in person, or by attorney.

RULED accordingly.

*Johnson,* afterwards appeared for the defendant, and confessed judgment.